## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

------------------------------------------------------------------------x

Tanya Lloyd, individually and on behalf of all others
similarly situated,

                Plaintiff,

                                                  Case No.: 3:21-cv-410

        -against-

Unifin, Inc., LVNV Funding LLC

and John Does 1-25

                Defendant(s).

------------------------------------------------------------------------x

### NOTICE OF SETTLEMENT

Notice is hereby given that the Parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 20th day of May, 2021           Respectfully Submitted,

                                */s/ Raphael Deutsch*
                                Raphael Deutsch
                                Stein Saks, PLLC
                                285 Passaic Street
                                Hackensack, NJ 07601
                                Phone: 201-282-6500
                                rdeutsch@steinsakslegal.com
                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 20, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


*/s/ Raphael Deutsch*
Raphael Deutsch